## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 17th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Joseph Grey, Esquire
*Stevens & Lee*
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Robert J. Mendes, Esquire
*MGLAW, PLLC*
120 30th Avenue North, Suite 1000
Nashville, Tennessee 37203

                                                  _____
                                                  Mary E. Augustine (No. 4477)